IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KARIM SABUR KABIR MUHAMMAD, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00221-MTT |
| | * | |
| GEORGIA DEPARTMENT OF HUMAN RESOURCES et al., | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 23rd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk